AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Government Employees Insurance Company, et al., <br><br> *Plaintiff(s)* <br> v. <br> Conrad Cean, M.D., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   19cv2363 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Sirignano, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000 RR: 5100-841

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date:   04/23/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                              *Server's signature*

                                              *Printed name and title*

                                              *Server's address*

Additional information regarding attempted service, etc:

RIDER "A" TO SUMMONS
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al., v.
CONRAD CEAN, M.D., et al.

**Full Caption:**

Michael A. Sirignano, Esq.
Steven T. Henesy, Esq.
Garin Scollan, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Company,
GEICO Indemnity Co., GEICO General Insurance Company
and GEICO Casualty Co.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

                          Plaintiffs,

   -against-

CONRAD CEAN, M.D., NEW YORK PAIN MANAGEMENT GROUP, P.L.L.C., MEDX PHARMACY, L.L.C., RICHARD AFOLABI, LEAH AFOLABI, WILLIAM GIBBS, M.D., ALFORD SMITH, M.D., LILA SHAMS, N.P., STEVEN ST. JUSTE, N.P., and NIKITA CADET, N.P.,

                          Defendants.
---------------------------------------------------X

Docket No.:
**Plaintiff Demands a Trial by Jury**

**Named Defendants:**

**Conrad Cean, M.D.**
1400 5th Avenue, Apt. 3E
New York, New York 10026

**New York Pain Management Group, P.L.L.C.**
1400 5th Avenue, Apt. 3E
New York, New York 10026

**MedX Pharmacy, L.L.C.**

6516 Broadway, Suite 135
Pearland, Texas 77581

**Richard Afolabi**
3018 Mullingar Walk
Missouri City, Texas 77459

**Leah Afolabi**
3018 Mullingar Walk
Missouri City, Texas 77459

**William Gibbs, M.D.**
400 5th Avenue, Apt. 36B
New York, New York 10018

**Alford Smith, M.D.**
546 Eastern Parkway
Brooklyn, New York 11225

**Lila Shams, N.P.**
3444 Knight Street
Oceanside, New York 11572

**Steven St. Juste, N.P.**
6811 Burns Street, Apt. F5
Forest Hills, New York 11375

**Nikita Cadet, N.P.**
782 Palmetto Drive
Franklin Square, New York 11010