UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE  :
COMPANY, et al.,                :
                                :
                    Plaintiffs, :     REPORT &
                                :     RECOMMENDATION
     -against-                  :     19-cv-2363 (PKC) (SMG)
                                :
CONRAD CEAN, M.D., et al.,      :
                                :
                    Defendants. :
-------------------------------------------------------------x

GOLD, STEVEN M., U.S. Magistrate Judge:

  Plaintiffs submitted a letter reporting on the status of discovery on December 12, 2019. Dkt. 54.[1] In that letter, plaintiffs reported that defendant Alford Smith, M.D., has not responded in any way to interrogatories and requests for production served on him on July 23, 2019. Plaintiffs' letter seeks entry of Smith's default as a sanction for his failure to respond to plaintiffs' demands.

  As plaintiffs' December 12 letter points out, this Court entered an Order on October 29, 2019 granting an earlier motion to compel brought by plaintiffs on October 7, 2019. Dkt. 45. The Court's Order required Smith to provide responses to plaintiffs' demands forthwith.

  Smith and certain other defendants subsequently sought additional time, until December 6, 2019, to respond to plaintiffs' demands. Dkt. 50. The Court granted defendants' application. *See* Order dated November 13, 2019. Nevertheless, defendant Smith has apparently persisted in his refusal to respond to plaintiffs' demands.

  By Order dated December 27, 2019, I directed Smith to respond to plaintiffs' December 12 letter motion by January 8, 2020. That Order explicitly alerted Smith that failure to comply

---

[1] The letter, apparently in error, is dated November 12, 2019.

would result in a recommendation that plaintiffs' application for the entry of Smith's default would be granted as unopposed. Smith, though, has failed to submit any response to the Court's Order. Accordingly, I respectfully recommend that defendant Smith's default be entered.

Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than January 31, 2020. Failure to object to this Report may waive the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                                                                    _____
                                                                                                    STEVEN M. GOLD
                                                                                                    UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
January 17, 2020

*U:\fail to pro- 19-2363.docx*